IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINA R. FUQUA, #179970, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-CV-250-WKW |
| | ) |
| CAMILLE FIELDS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On April 27, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED;

2. Plaintiff's federal claim is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i); and

3. To the extent that Plaintiff's Complaint can be construed as containing state-law claims against Camille Fields, supplemental jurisdiction is declined over those claims pursuant to 28 U.S.C. § 1367(c)(3).

A final judgment will be entered separately.

DONE this 2nd day of June, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE